# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT MASON, | CASE NO. 09-CV-1551-JM (JMA) |
|---|---|
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH PREJUDICE** |
| vs. | |
| JAMES WALKER, Warden, | |
| Respondent. | Doc. No. 9 |

On August 5, 2010, Magistrate Judge Jan M. Adler entered a Report and Recommendation in the above-entitled case that thoroughly and thoughtfully analyzed the claims of both parties and recommended dismissing the petition for writ of habeas corpus with prejudice. (Doc. No. 9.) Having carefully considered the Report and Recommendation, the record before the court, and the appropriate legal authorities, and in the absence of any objections to the Report and Recommendation, the court hereby ADOPTS the Report and Recommendation in its entirety.

//
//
//
//
//

Accordingly, the court hereby DISMISSES the petition for writ of habeas corpus with prejudice. The Clerk of the Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: October 5, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge